AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**
**1:55 pm Jul 22 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America
v.

John Vasko

*Defendant(s)*

Case No. 1:26mj9174

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 22, 2026 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Ferron Yi, FBI

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 7/22/2026 at 1:20 p.m.

*Judge's signature*

City and state: Cleveland, Ohio

Jennifer Dowdell Armstrong, U.S. Magistrate Judge

*Printed name and title*