**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Ferron M. Yi, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (hereinafter referred to as FBI) assigned to the FBI Cleveland Division's Cartel, Gangs, Narcotics, and Laundering Task Force (hereinafter referred to as CGNL), being duly sworn, do depose and state that:

2. I am a Special Agent with the Federal Bureau of Investigation (hereinafter referred to as FBI) assigned to the FBI Cleveland Division's Cartel, Gangs, Narcotics, and Laundering Task Force (hereinafter referred to as CGNL), being duly sworn, do depose and state that:

3. As a Special Agent of the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered to conduct investigations and to make arrests for federal felony offenses.

4. I have been employed by the FBI since September 15, 2019. Upon graduation of the Basic Field Training Course of the FBI, I was assigned to the Cincinnati Division where I served in both the Criminal Branch and the National Security Branch to investigate crimes. While assigned to the Criminal Branch, I investigated matters involving criminal enterprises, white collar crimes, civil rights violations, money laundering, and various types of fraud. While assigned to the National Security Branch, I was assigned to the Joint Terrorism Task Force (hereinafter referred to as JTTF) and in this capacity investigated matters of domestic and international terrorism. While serving in the FBI Cincinnati Division, I received advanced certifications in the HUMINT Intermediate Course (HIC), Advanced HUMINT Operations

Course (AHOC), and Extraterritorial HUMINT Operations Course (EHOC). These courses offer training that enhances Special Agent's knowledge of operations involving confidential human sources and focuses on understanding the application of tradecraft employed during the full Confidential Human Source recruitment cycle at both the intermediate and advanced level.

5. Prior to FBI employment, I became a sworn peace officer in 2009 for the State of Georgia and was a sworn and acting law enforcement officer for 10 years. As a police officer, I worked both within the patrol division and the detective division and received advanced training and investigative experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigative techniques. I also participated in a variety of undercover operations including cases involving drugs and human trafficking and participated in some street level narcotics and traffic enforcement. I also received a General Instructor Certification and was an adjunct instructor for the Georgia Public Safety Training Center while employed full time as a detective.

6. As a sworn peace officer in both the patrol division and the criminal investigation division, I participated in routine police functions, including but not limited to investigating drug related offenses. I also received several basic and advanced level investigation training and/or participated in/with training officers and instructors within the department in which I worked, including drug-related investigation techniques, surveillance techniques, traffic control functions, undercover operations, interview and interrogation techniques, informant recruitment and control, and other police functions. As a detective, I received several basic and advanced level investigation training in search warrants, interviews and interrogations, crime scene processing, case preparation, and courtroom testimony. In addition, I have participated in all the usual methods of investigation including but not limited to visual surveillance, questioning witnesses,

and analyzing evidence. I have been involved in numerous arrests and have coordinated numerous search warrant and arrest warrant operations. I have planned and executed search warrants resulting in the seizure of drugs, their proceeds, weapons, and violent offenders.

7. In July 2024, I was assigned to the FBI Cleveland Division and am currently assigned to CGNL. CGNL is an FBI task force led by the FBI Cleveland Division and Cleveland Division of Police targeting the threat posed by Western Hemisphere actors involved in Transnational Organized Crime. CGNL enhances the effectiveness of federal/state/local law enforcement by providing investigative and technical resources as part of joint investigations into these organizations and their local operatives. I have participated in investigations targeting organizations involved in drug trafficking offenses in the Northern District of Ohio and elsewhere. As an FBI Special Agent, I have participated in undercover operations both as an undercover and as an agent supervising the activities of informants who have provided information concerning controlled substances and organized criminal activities, purchased controlled substances, and supervised consensual monitoring in connection with these investigations. I have also participated in Title III wiretaps and investigations.

8. Since being assigned to CGNL, I have been investigating Federal narcotics related crimes for over one year. Within this assignment, I have participated in investigations working toward the dismantlement of mid to upper-level Drug Trafficking Organizations (hereinafter DTOs). I have participated in several operations involving various drug trafficking targets and have participated in investigations targeting organizations involved in drug trafficking offenses in the Northern District of Ohio and elsewhere.

9. The facts in this affidavit are based upon my personal knowledge of the investigation, in addition to my general knowledge, training, and experience, and the

observations, knowledge, training and experience of other officers and agents. All observations referenced below that were not personally made by me, were relayed to me by those who made such observations, either verbally or via reports written by those agents and or officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant. It is not intended to include each and every fact and matter observed or known by me or law enforcement or known to the government or serve as transcribed accounts of interviews referenced in the affidavit.

10. This affidavit is submitted in support of an application for an arrest warrant via criminal complaint against **John VASKO,** for and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

**PROBABLE CAUSE**

11. On July 22, 2026, FBI Agents and CGNL Investigators executed Federal Search Warrant for 1211 West 9th Street, Apartment 605, Cleveland, Ohio, which was approved and signed by United States Magistrate Judge James E. Grimes, Jr. on July 17, 2026.

12. Your affiant knows this location to be the primary residence of VASKO.

13. During the execution of the search warrant, FBI and CGNL Investigators conducted a knock and announce before breaching the door. Once the door was breached, investigators began calling JOHN VASKO out of the residence before making entry.

14. Once entry into the residence was made, the entry team learned that JOHN VASKO absconded out of the apartment through a balcony door. Other Investigators maintaining perimeter outside of the apartment began noticing other residents on the 6th floor coming out of their apartments. One resident advised that they woke up to someone trying to

enter their apartment through their balcony door, and they called the police because they believed someone was trying to break in. Another resident advised that someone, who they described as JOHN VASKO, was trying to get into their apartment through the balcony door. Agents canvassed the area and were unable to locate JOHN VASKO.

15. Once JOHN VASKO's apartment was clear and deemed safe, and the surrounding area was deemed safe, agents commenced the execution of the search warrant for Apartment 605. During the execution of the search warrant, agents seized multiple cellular telephones, scales with residue, suspected cocaine pre-packaged for distribution, unknown pills, green leafy substance believed to be marijuana, approximately over 1000 grams of suspected cocaine, and approximately $22,000.00 in cash. In addition, agents seized personal documents of JOHN VASKO to include his identification, bank cards, passport, and social security card.

16. The suspected 1000 grams of cocaine was field tested with a thermoscientific TruNarc laser, which indicated positive for the presence of Cocaine HCL.

17. Based on my training and experience, this amount of suspected cocaine and the manner in which it was packaged is consistent with distribution.

18. Based on the quantity of the drugs seized from VASKO's apartment, your Affiant believes that VASKO possessed the drugs in his apartment with the intent to further distribute them in the Northern District of Ohio.

**CONCLUSION**

19. Based on the forgoing, I request that the Court issue the proposed criminal complaint. There is probable cause to believe that the following United States violations have occurred by the following individual:

20. JOHN VASKO: Title 21, United States Code, Sections, 841(a)(1) and (b)(1)(C),

Possession with Intent to Distribute Controlled Substances, on or about July 22, 2026.

**REQUEST FOR SEALING**

21. I further request that the Court order that all papers in support of this application, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all potential targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Ferron M. Yi
Special Agent
Federal Bureau of Investigation

Sworn to via telephone on this 22nd day of July, 2026 at 1:20 p.m. after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Jennifer Dowdell Armstrong
UNITED STATES MAGISTRATE JUDGE